**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RODNEY WILLIS, JR.**                                                          **PLAINTIFF**

**v.**                       **Case No. 3:16-cv-00175-KGB-JJV**

**DELL COOK, Sheriff, Mississippi
County Detention Center;** *et al.*                                   **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Plaintiff Rodney Willis, Jr. filed no objections to the Proposed Findings and Recommendations, and the time to do so has passed. After careful review, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects. Mr. Willis's complaint is dismissed without prejudice.

It is so ordered this 1st day of December, 2016.

                                                                Kristine G. Baker
                                                                United States District Judge